**DISMISS and Opinion Filed August 23, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00775-CV

## IN THE INTEREST OF A.G., A CHILD

**On Appeal from the 302nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-19-15305**

## MEMORANDUM OPINION
Before Justices Schenck, Osborne, and Smith
Opinion by Justice Smith

Before the Court is appellant's August 12, 2022 motion to dismiss this appeal.

*See* TEX. R. APP. P. 42.1. We grant the motion and dismiss the appeal. *See id.*

/Craig Smith/
CRAIG SMITH
220775F.P05
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

IN THE INTEREST OF A.G., A CHILD

No. 05-22-00775-CV

On Appeal from the 302nd Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-19-15305. Opinion delivered by Justice Smith, Justices Schenck and Osborne participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Sharon Koorse Germans recover her costs, if any, of this appeal from appellant Gabriel Anto Arul Germans.

Judgment entered August 23, 2022.